Jeffery J. Carlson (SBN: 60752)
CarlsonJ@cmtlaw.com
J. Grace Felipe (SBN: 190893)
Felipeg@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Boulevard, Suite 1214
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant
KUBLER CORPORATION dba
ALTERNATIVE RECOVERY MANAGEMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DUBOIS**, an individual, and **KELLY DUBOIS**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**ALTERNATIVE RECOVERY MANAGEMENT**, an unknown business entity; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant KUBLER CORPORATION dba ALTERNATIVE RECOVERY MANAGEMENT hereby files this notice of removal under 28 U.S.C. §1446(a).

## I. INTRODUCTION

1. The parties to this action are Plaintiffs, GARY DUBOIS and KELLY DUBOIS ("Plaintiffs"), and Defendant, KUBLER CORPORATION dba ALTERNATIVE RECOVERY MANAGEMENT ("Defendant").

{00036746;1}
07988.00

1

NOTICE OF REMOVAL

2. Upon information and belief, Plaintiffs filed this case on July 20, 2015, in the Superior Court of California, County of Riverside, Case No. RIC1508496. A true and correct copy of Plaintiffs' Summons and Complaint is attached hereto as Exhibit "A."

3. On or about July 30, 2015, Plaintiffs left the Summons and a copy of Plaintiffs' Complaint, Certificate of Counsel and Civil Cover Sheet (a true and correct copy of which are collectively attached hereto as Exhibit "A") at Defendant's former place of business.

4. As Plaintiffs attempted to serve the Complaint on July 30, 2015, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via *Federal Rule of Civil Procedure* 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## II. BASIS FOR REMOVAL

5. Removal is proper because Plaintiffs' Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiffs have alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the

provisions of 28 U.S.C. § 1441(a).  This Court also has supplemental jurisdiction over Plaintiffs' state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

### III.   JURY DEMAND

8. Plaintiffs demand a jury in the state court action.  Defendant also demands a jury trial.

### IV.   CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

Dated:   August 31, 2015                         **Carlson & Messer LLP**

                                          By:   /s/ J. Grace Felipe
                                                Jeffery J. Carlson
                                                J. Grace Felipe
                                                Attorneys for Defendant
                                                KUBLER CORPORATION dba
                                                ALTERNATIVE RECOVERY
                                                MANAGEMENT